# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

-vs-   Case No. 5:11-mj-1041-TBS

**RICHARD W. SZPYT**

_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 5, FED.R.CRIM.P.

**RICHARD W. SZPYT**, having been arrested and presented before me for removal proceedings pursuant to Rule 5, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c)(3) thereof, the following has occurred of record.

An Initial Appearance on the Rule 5 Indictment from the District of Maine was held on December 23, 2011.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **RICHARD W. SZPYT** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary examination has been held because the defendant elects to have the preliminary examination conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **RICHARD W. SZPYT** be held to answer in the district court in which the prosecution is pending. Final commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Ocala, Florida, on December 23, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:
United States Attorney
United States Marshal
Counsel for Defendant
Clerk, District of Maine